IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22–CR–125 |
| vs. | MOTION TO STRIKE |
| CARL ESTWICK, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Strike the Motion for Final Order of Forfeiture. Filing 506 (Motion to Strike); *see also* Filing 460 (Motion for Final Order of Forfeiture). The Government seeks to strike the Motion for Final Order of Forfeiture "as to this Defendant as the 2006 Bentley Continental is being administratively forfeited." Filing 506. Accordingly,

IT IS ORDERED that the Government's Motion to Strike, Filing 506, is granted.

Dated this 6th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1