IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CARL ESTWICK,<br><br>　　　　　　Defendant. | 8:22-CR-125<br><br>**ORDER** |

　　This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 559. The government requests leave to dismiss, without prejudice, the Indictment and the Superseding Indictment, Filing 1; Filing 178, filed herein as to defendant Carl Estwick. The Court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 559, is granted.

2. The Indictment and the Superseding Indictment, Filing 1; Filing 178, are dismissed without prejudice as to defendant Carl Estwick only.

Dated this 30th day of June, 2025.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　United States District Judge